UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE THOMAS J. AQUILINO, JR., JUDGE

| | | |
|---|---|---|
| ALPINESTARS SPA, | : | |
| Plaintiff, | : | |
| v. | : | Court No. 08-00367, etc (per attached schedule) |
| UNITED STATES, | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report pursuant to the Court's instructions of February 6, 2024, in the above captioned cases.

These cases all concern appraisement of the imported merchandise. U.S. Customs and Border Protection liquidated the entries based on Plaintiff's resale price to customers in the United States. Plaintiff seeks reappraisement based on the price Plaintiff paid to its various foreign suppliers, plus the value of assists. Several of the cases also involve the tariff classification of certain products. Plaintiff previously provided extensive documentation to Defendant in several lead cases and the partes have reached agreement on several common issues. Defendant requested plaintiff to provide similar documentation on a sampling of 45 entries that cover all pending cases. Plaintiff provided such documentation to Defendant on April 4, 2024. The documentation included commercial invoices, purchase orders, assist calculations and proof of payment. On July 23, 2024, the Court entered a stipulated judgment in court no. 11-00007.

The parties are working diligently to review and confer regarding the remaining cases. Defendant requested plaintiff to provide additional documents regarding the sampled entries. On February 13, 2025, and May 14, 2025, plaintiff provided defendant with additional documents

and defendant is in the process of reviewing the submitted documentation. The parties are currently evaluating a methodology to resolve all of these cases through stipulated judgment without the need for litigation and formal discovery.

The parties will file with the Court either stipulated judgments or a supplemental joint status report within 90 days hereof.

Respectfully submitted,

By: /s/ Erik Smithweiss
    Erik Smithweiss
    GRUNFELD, DESIDERIO,
    LEBOWITZ, SILVERMAN &
    KLESTADT LLP
    707 Wilshire Blvd.
    Suite 4150
    Los Angeles, CA 90017
    Tel.: (213) 624-1970

    Attorneys for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ Justin R. Miller
    JUSTIN R. MILLER
    Attorney-In-Charge
    International Trade Field Office

By: /s/ Luke Mathers
    LUKE MATHERS
    Trial Attorney
    U.S. Dep't of Justice, Civil Division
    Commercial Litigation Branch
    26 Federal Plaza - Suite 346
    New York, New York 10278
    Tel.: (212) 264-9236
    Attorneys for Defendant

Date: August 15, 2025

| COURT NUM | PLAINTIFF |
|---|---|
| 08-00367 | ALPINESTARS S.P.A. |
| 08-00407 | ALPINESTARS S.P.A. |
| 08-00408 | ALPINESTARS S.P.A. |
| 09-00074 | ALPINESTARS S.P.A. |
| 09-00075 | ALPINESTARS S.P.A. |
| 09-00076 | ALPINESTARS S.P.A. |
| 09-00077 | ALPINESTARS S.P.A. |
| 09-00107 | ALPINESTARS S.P.A. |
| 09-00112 | ALPINESTARS S.P.A. |
| 09-00113 | ALPINESTARS S.P.A. |
| 09-00114 | ALPINESTARS S.P.A. |
| 09-00115 | ALPINESTARS S.P.A. |
| 09-00131 | ALPINESTARS S.P.A. |
| 09-00147 | ALPINESTARS S.P.A. |
| 09-00176 | ALPINESTARS S.P.A. |
| 09-00178 | ALPINESTARS S.P.A. |
| 09-00179 | ALPINESTARS S.P.A. |
| 09-00319 | ALPINESTARS S.P.A. |
| 09-00320 | ALPINESTARS S.P.A. |
| 09-00321 | ALPINESTARS S.P.A. |
| 09-00322 | ALPINESTARS S.P.A. |
| 09-00388 | ALPINESTARS S.P.A. |
| 09-00389 | ALPINESTARS S.P.A. |
| 09-00393 | ALPINESTARS S.P.A. |
| 09-00417 | ALPINESTARS S.P.A. |
| 09-00418 | ALPINESTARS S.P.A. |
| 09-00512 | ALPINESTARS S.P.A. |
| 09-00513 | ALPINESTARS S.P.A. |
| 09-00517 | ALPINESTARS S.P.A. |
| 10-00005 | ALPINESTARS S.P.A. |
| 10-00006 | ALPINESTARS S.P.A. |
| 10-00008 | ALPINESTARS S.P.A. |
| 10-00009 | ALPINESTARS S.P.A. |
| 10-00024 | ALPINESTARS S.P.A. |
| 10-00025 | ALPINESTARS S.P.A. |
| 10-00027 | ALPINESTARS S.P.A. |
| 10-00028 | ALPINESTARS S.P.A. |
| 10-00078 | ALPINESTARS S.P.A. |
| 10-00079 | ALPINESTARS S.P.A. |
| 10-00080 | ALPINESTARS S.P.A. |

13451718_1